NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTOPHER A. FINGER,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3122

---

Petition for review of the Merit Systems Protection Board in case no. AT3330110522-I-1.

---

## ON MOTION

---

## ORDER

Christopher A. Finger moves without opposition to withdraw his informal brief and extend the deadline for filling a formal brief until July 30, 2012. The MSPB moves to suspend the briefing schedule until the court rules on Finger's motion.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  Mr. Finger's motion is granted.  His formal brief is due no later than July 30, 2012.

(2)  The MSPB's motion is moot.  The due date for the responsive brief should be calculated from the date of service of Mr. Finger's brief.

FOR THE COURT

JUN 0 6 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Taniel E. Anderson, Esq.
     Sara B. Rearden, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 6 2012

JAN HORBALY
CLERK